UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
GALVESTON DIVISION

| | | |
|---|---|---|
| JUAN MANUEL SALINAS, | § | |
| | § | |
| Petitioner, | § | |
| VS. | § | CIVIL ACTION NO. G-10-207 |
| | § | |
| RICK THALER, | § | |
| | § | |
| Respondent. | § | |

## O R D E R

On or about May 25, 2010, the Court received a Petition for Writ of Habeas Corpus filed by Juan Manuel Salinas along with an application to proceed *in forma pauperis* and an amended application to proceed *in forma pauperis*. Based on the amended *in forma pauperis* application, the Court finds that Petitioner is not indigent.

Accordingly, the Court **ORDERS** as follows:

1. The application for leave to proceed *in forma pauperis* (Doc.# 3) and amended application to proceed *in forma pauperis* (Doc. # 6) is **DENIED.**

2. The petitioner shall have until **July 20, 2010,** to pay the five dollar ($5.00) filing fee to the Clerk of this Court. Failure to pay the filing fee or to show that the petitioner has insufficient assets or means by which to pay the filing fee on or before July 20, 2010, may result in a dismissal of the petitioner's application for writ of habeas corpus without further notice.

3. The petitioner must notify the court of any change of address by filing a written notice of change of address with the Clerk. Failure to file such notice may result in this case

being dismissed for want of prosecution.

    SIGNED at Houston, Texas this 21st day of June, 2010.

                                                        Kenneth M. Hoyt
                                                        United States District Judge